**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Financial Investment Holding, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-4327675** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6339 Charlotte Pike, #878** **Nashville, TN 37209** Number, Street, City, State & ZIP Code | **3615 Echo Lane** **Nashville, TN 37218** P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson** County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) **www.financialinvestmentholding.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment**        Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■    **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2023**
               MM / DD / YYYY

**X /s/ Djhondel NMN Gay**                                    **Djhondel NMN Gay**
Signature of authorized representative of debtor              Printed name

Title    **Chief Manager**

**18. Signature of attorney**

**X /s/ Steven L. Lefkovitz**                    Date    **June 13, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone   **615-256-8300**    Email address   **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number (*if known*) _____  Chapter **7**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Akademi Opyson Komes, LLC** | | Relationship to you | |
| District | **Middle District of TN** | When | Case number, if known | |
| Debtor | **Djondel Gay** | | Relationship to you | |
| District | **Middle District of TN** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Financial Investment Holding, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2023**      X /s/ Djhondel NMN Gay

                                        Signature of individual signing on behalf of debtor

                                        **Djhondel NMN Gay**
                                        Printed name

                                        **Chief Manager**
                                        Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $    **160.76**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $    **160.76**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **514,527.00**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b

$    **514,527.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 3:23-bk-02083    Doc 1    Filed 06/13/23    Entered 06/13/23 13:24:36    Desc Main
Document     Page 8 of 69

Debtor name     **Financial Investment Holding, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **PNC Checking** | **checking** | | $159.34 |
|---|---|---|---|---|

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       | $159.34 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1. | **see attached** | | **$1.42** |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                                                     **$1.42**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
□ Yes Fill in the information below.

Debtor **Financial Investment Holding, LLC** _____ Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $159.34 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $1.42 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $160.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $160.76 |



FIDELITY ACCOUNT FINANCIAL INVESTMENT HOLDING LLC
▶ **Account Number: Z40-313996**

Envelope # BNJNJHBBBSVXZ

FINANCIAL INVESTMENT HOLDING LLC
6339 CHARLOTTE PIKE # 878
NASHVILLE TN 37209-2926

## Your Account Value: $1.12

| Change Since January 1: | ▲ $1.12 |
|---|---|
| **Beginning Account Value as of Jan 1, 2022** | - |
| Additions | 113,392.22 |
| Subtractions | -112,644.95 |
| *Transaction Costs, Fees & Charges* | *-97.89* |
| Change in Investment Value * | -746.15 |
| **Ending Account Value as of Dec 31, 2022 \*\*** | **$1.12** |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

YR_CE_BNJNJHBBBSVXZ_BBBBB 20230110

H02557525520221231



## Account Summary

Account Value: **$1.12**

Change Since January 1 ▲ **$1.12**

| | |
|---|---|
| **Beginning Account Value as of Jan 1, 2022** | **-** |
| **Additions** | **113,392.22** |
| Deposits | 94,000.00 |
| Exchanges In | 19,392.22 |
| **Subtractions** | **-112,644.95** |
| Withdrawals | -94,447.06 |
| Exchanges Out | -18,100.00 |
| Transaction Costs, Fees & Charges | -97.89 |
| **Change in Investment Value \*** | **-746.15** |
| **Ending Account Value as of Dec 31, 2022** | **$1.12** |

Total Account Trades Jan 2022 - Dec 2022: 65

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Core Account and Credit Balance Cash Flow

| | |
|---|---|
| **Beginning Balance as of Jan 1, 2022** | **-** |
| **Investment Activity** | |
| Securities Bought | -$316,790.92 |
| Securities Sold | 315,943.03 |
| Dividends, Interest & Other Income [D] | 3.85 |

### Account Holdings



100% Core Account ($1)

### Income Summary

| | Dec 31, 2022 |
|---|---|
| **Taxable** | **$3.85** |
| Interest | 3.85 |
| **Total** | **$3.85** |

YR_CE_BNJNJHBBBSVXZ_BBBBB 20230110



## Core Account and Credit Balance Cash Flow (continued)

| | |
|---|---|
| Exchanges In | 19,392.22 |
| Exchanges Out | -18,100.00 |
| **Total Investment Activity** | **$448.18** |
| **Cash Management Activity** | |
| Deposits | 94,000.00 |
| Withdrawals | -94,447.06 |
| **Total Cash Management Activity** | **-$447.06** |
| **Ending Balance as of Dec 31, 2022** | **$1.12** |

D    *Includes dividend reinvestments.*

# Holdings

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Income Earned |
|---|---|---|---|---|
| **CASH** | 1.120 | $1.0000 | $1.12 | $3.85 |
| *For balances below $99,999,999,999.99, the current interest rate is 2.19%.* | | | | |
| **Total Core Account (100% of account holdings)** | | | **$1.12** | **$3.85** |
| **Total Holdings** | | | **$1.12** | **$3.85** |

YR_CE _BNJNJHBBBSVXZ_BBBBB 20230110



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

---

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFoliosSM and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

YR_CE__BNJ/NJHBBSVXZ_BBBBB 20230110



FIDELITY ACCOUNT FINANCIAL INVESTMENT HOLDING LLC
► **Account Number: Z40-313996**

Envelope # BNRHNHBBBNPBQ

FINANCIAL INVESTMENT HOLDING LLC
6339 CHARLOTTE PIKE # 878
NASHVILLE TN 37209-2926

**Your Account Value:** **$1.12**

**Change from Last Period:** ► 0

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$1.12** | **$1.12** |
| **Ending Account Value \*\*** | **$1.12** | **$1.12** |

\*\*  *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Save on your tax preparation services. Learn more at
Fidelity.com/taxprep. 1064976.1.0

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNRHNHBBBNPBQ_BBBBB 20230331

P.

H02557525520230331



## Account Summary

Account Value: **$1.12**

Account Holdings

Change in Account Value ▶ **$0.00**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$1.12** | **$1.12** |
| **Ending Account Value** | **$1.12** | **$1.12** |
| Free Credit Balance | $1.12 | |

*Free credit balances (FCB)* include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.

Total Account Trades Apr 2022 - Mar 2023: 64



100% Core Account ($1)

Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Cash | $1 | 100% |
| **Total** | **$1** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

## Holdings

### Core Account

| Description | Beginning Market Value Jan 1, 2023 | Quantity Mar 31, 2023 | Price Per Unit Mar 31, 2023 | Ending Market Value Mar 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| **CASH** | $1.12 | 1.120 | $1.0000 | $1.12 | - |
| | | | | | - |
| *For balances below $99,999,999,999.99, the current interest rate is 2.44%.* | | | | | |
| **Total Core Account (100% of account holdings)** | **$1.12** | | | **$1.12** | - |

MR_CE_BNRHNHBBBNPBQ_BBBBB 20230331



## Holdings

| Total Holdings | $1.12 | $0.00 |
| --- | --- | --- |

## Additional Information and Endnotes

▶ Please go to fidelity.com/disclosures to review important legal and regulatory disclosures.    1080017.1.0

▶ Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information from the Statement of Financial Condition of National Financial Services LLC (NFS). At December 31, 2022, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $6,628 million, which was 15.91% of aggregate debit items and exceeded its minimum requirement by $5,795 million. To acquire the Statement of Financial Condition of National Financial Services LLC (NFS), go to fidelity.com/customer-service/nfs-statement-financial-condition. If you wish to obtain a copy of this document at no cost, or have any questions regarding its contents, please call Fidelity at 800-343-3548.    457389.40.0

▶ The Options Clearing Corporation has issued an update to the Characteristics and Risks of Standardized Options, also known as the options disclosure document (the "ODD"). The new version of the ODD (the "March 2023 ODD") contains new language to (i) accommodate cash-settled flexibly structured options on certain fund shares that meet specified criteria as defined in the rules of the options market, (ii) provide additional details on the fungibility of flexibly structured options with standardized options, and (iii) address a scenario in which an underlying security price may not be available, and the resulting implications for cash-settled flexibly structured options on certain fund shares.

Additionally, the March 2023 ODD updates language describing when trading in A.M.-settled index options may not occur in relation to an option expiration date and, in unusual circumstances, due to market closures. You can view the ODD at TheOCC.com/Company-Information/Documents-and-Archives/Options-Disclosure-Document. Please note that options trading entails significant risk and is not appropriate for all investors. 1021385.2.0

▶ Securities purchased on margin are the firm's collateral for the loan to you. The actual amount you can borrow and the firm's margin maintenance requirements may vary depending on the firm's internal margin policies, which exceed the margin requirements of FINRA and NYSE. The firm's margin policies are subject to review and revision at any time in the firm's sole discretion. The firm reserves the right to alter the terms on your margin loan at any time to comply with changes to the firm's policies. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, the firm can take action, such as issuing a margin call or selling securities or other assets in any of your accounts held with the member, in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

IMPORTANT: (1) YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT. (2) THE FIRM CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S). (3) THE FIRM CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU. (4) YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL. (5) THE FIRM CAN INCREASE ITS 'HOUSE' MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU WITH ADVANCE WRITTEN NOTICE. (6) YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

P
MR_CE_BNRHNHBBBNPBQ_BBBBB 20230331



# Additional Information and Endnotes

NFS can loan securities held in your margin account, which collateralize your margin borrowing. Short selling and day trading are margin account transactions and entail the same risks as described above. In addition to market volatility, the use of a bank card, checkwriting, and similar features with your margin account may increase the risk of a margin call. Margin credit is extended by National Financial Services LLC, Member NYSE, SIPC. Contact your broker-dealer regarding any questions or concerns you may have with your margin account. 547661.6.0

▶ Electronic Funds Transfer Notice: The following notice is required by the Bureau of Consumer Financial Protection's Regulation E and applies to electronic funds transfers (EFTs) made by consumers. However, it doesn't apply to all EFTs. Generally, EFTs in nonretirement accounts, aside from those made for the purchase or sale of securities, are subject to Regulation E (each a "Covered Transfer").

Error Resolution: In the case of errors or questions about a Covered Transfer, promptly call or write Fidelity using the contact information listed below. You must call or write Fidelity if you think that your statement is wrong or if you need more information about a Covered Transfer on the statement. Fidelity must hear from you no later than 60 days after Fidelity sent the FIRST statement on which the problem or error appeared. You will need to tell Fidelity your name and account number, describe the error or Covered Transfer that you are unsure about, explain as clearly as you can why you believe that it is an error or why you need more information, and tell Fidelity the dollar amount of the suspected error.

If you notify Fidelity orally, Fidelity may require that you send your complaint or question in writing within 10 business days. Fidelity will tell you the results of its investigation within 10 business days of hearing from you and will correct any error promptly. If Fidelity needs more time, however, it may take up to 45 days to investigate your complaint or question. If Fidelity decides to do this, it will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes Fidelity to complete its investigation. If Fidelity asks you to put your request or question in writing and doesn't receive it within 10 business days, or if your account is a brokerage account subject to Regulation T of the Board of Governors of the Federal Reserve System (Credit by Brokers and Dealers, 12 CFR 220), Fidelity may not credit your account.

For questions involving new accounts, or point-of-sale or foreign-initiated transactions, Fidelity may take up to 90 days to investigate your complaint or question. For new accounts, Fidelity may take up to 20 days to credit your account for the amount you think is in error. Fidelity will inform you of the results of its investigation within three business days of its completion. If Fidelity decides that there was no error, Fidelity will send you a written explanation. You may ask for copies of the documents that Fidelity used in the investigation.

Contact Information: You can contact Fidelity by mail at Fidelity Investments, PO Box 770001, Cincinnati, OH, 45277-0002, or by phone at 800-544-6666. 707063.2.0

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

P

MR_CE_BNRHNHBBBNPBQ_BBBBB 20230331



# Additional Information and Endnotes

**Moody's© Copyright 2022, Moody's Investors Service, Inc.**  ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

For more information about your statement, please refer to our  **Frequently Asked Questions**  document at  **Fidelity.com/statements** .

MR_CE_BNRHNHBBBNPBQ_BBBBB 20230331

P.

5 of 6



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

---

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated on 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

MR_CE_BNRHNHBBBNPBQ_BBBBB 20230331 P



FIDELITY ACCOUNT FINANCIAL INVESTMENT HOLDING LLC
► **Account Number: Z40-313996**

Envelope # BNGZDFBBBPHXT

FINANCIAL INVESTMENT HOLDING LLC
6339 CHARLOTTE PIKE # 878
NASHVILLE TN 37209-2926

### Your Account Value:                                   $1.12

**Change from Last Period:**                              ► 0

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $1.12 | - |
| Additions | - | 113,392.22 |
| Subtractions | - | -112,644.95 |
| *Transaction Costs, Fees & Charges* | - | -97.89 |
| Change in Investment Value * | - | -746.15 |
| **Ending Account Value** ** | **$1.12** | **$1.12** |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

#### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNGZDFBBBPHXT_BBBBB 20221230

P

H02557525520221231



# Account Summary

## Account Value: $1.12

Account Holdings

Change in Account Value ▶ **$0.00**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $1.12 | - |
| **Additions** | - | 113,392.22 |
| Deposits | - | 94,000.00 |
| Exchanges In | - | 19,392.22 |
| **Subtractions** | - | -112,644.95 |
| Withdrawals | - | -94,447.06 |
| Exchanges Out | - | -18,100.00 |
| Transaction Costs, Fees & Charges | - | -97.89 |
| **Change in Investment Value \*** | 0.00 | -746.15 |
| **Ending Account Value** | $1.12 | $1.12 |

Free Credit Balance $1.12

*__Free credit balances (FCB)__ include cash credits from the sale of long positions, deposits, cash dividends, and interest payments which have not been transferred to a money market fund or FDIC core position. FCB also includes positions, FCASH and credit balances that exceed the amount required to satisfy your margin obligations. Refer to the back of your statement for more information.*

Total Account Trades Jan 2022 - Dec 2022: 65

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*



100% Core Account ($1)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Cash | $1 | 100% |
| **Total** | **$1** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | - | **$3.85** |
| Interest | - | 3.85 |
| **Total** | **-** | **$3.85** |

MR_CE_BNGZDFBBBPHXT_BBBBB 20221230



**Account # Z40-313996**
**FINANCIAL INVESTMENT HOLDING LLC - LIMITED LIABILITY CO**

## Core Account and Credit Balance Cash Flow

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $1.12 | - |
| **Investment Activity** | | |
| Securities Bought | - | -$316,790.92 |
| Securities Sold | - | 315,943.03 |
| Dividends, Interest & Other Income D | - | 3.85 |
| Exchanges In | - | 19,392.22 |
| Exchanges Out | - | -18,100.00 |
| **Total Investment Activity** | **-** | **$448.18** |
| **Cash Management Activity** | | |
| Deposits | - | 94,000.00 |
| Withdrawals | - | -94,447.06 |
| **Total Cash Management Activity** | **-** | **-$447.06** |
| **Ending Balance** | **$1.12** | **$1.12** |

D   *Includes dividend reinvestments.*

## Realized Gains and Losses from Sales
*(May not reflect all gains and losses due to incomplete cost basis)*

| | This Period | Year-to-Date |
|---|---|---|
| **Net Short-term Gain/Loss** | **-** | **-847.89** |
| Short-term Gain | - | 30,057.91 |
| Short-term Loss | - | -31,648.42 |
| Short-term Disallowed Loss | - | 742.62 |
| **Net Gain/Loss** | **-** | **-$847.89** |

# Holdings

## Core Account

| Description | Beginning Market Value Oct 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| **CASH** | $1.12 | 1.120 | $1.0000 | $1.12 | - |
| | | | | | - |
| *For balances below $99,999,999,999.99, the current interest rate is 2.19%.* | | | | | |
| **Total Core Account (100% of account holdings)** | **$1.12** | | | **$1.12** | **-** |
| **Total Holdings** | | | | **$1.12** | **$0.00** |

MR_CE_BNGZDFBBBPHXT_BBBBB 20221230   P



# Additional Information and Endnotes

► Securities purchased on margin are the firm's collateral for the loan to you. The actual amount you can borrow and the firm's margin maintenance requirements may vary depending on the firm's internal margin policies, which exceed the margin requirements of FINRA and NYSE. The firm's margin policies are subject to review and revision at any time in the firm's sole discretion. The firm reserves the right to alter the terms on your margin loan at any time to comply with changes to the firm's policies. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, the firm can take action, such as issuing a margin call or selling securities or other assets in any of your accounts held with the member, in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

IMPORTANT: (1) YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT. (2) THE FIRM CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S). (3) THE FIRM CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU. (4) YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL. (5) THE FIRM CAN INCREASE ITS 'HOUSE' MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU WITH ADVANCE WRITTEN NOTICE. (6) YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

NFS can loan securities held in your margin account, which collateralize your margin borrowing. Short selling and day trading are margin account transactions and entail the same risks as described above. In addition to market volatility, the use of a bank card, checkwriting, and similar features with your margin account may increase the risk of a margin call. Margin credit is extended by National Financial Services LLC, Member NYSE, SIPC. Contact your broker-dealer regarding any questions or concerns you may have with your margin account. 547661.6.0

► Important information about your telephone conversations with Fidelity. Telephone conversations made with/to Fidelity may be monitored and/or recorded without further notice or disclosure. 570303.1.0

► National Financial Services LLC ("NFS") an affiliate of Fidelity Brokerage Services LLC (FBS) provides custody and clearing services on behalf of FBS. In that capacity, NFS is required to provide you with written notice on the manner in which you may gain website access to information regarding NFS' Impartial Callable Securities Lottery Process (the "Lottery Process").

We are also providing you with the following description of the Lottery Process: When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, National Financial Services LLC (NFS) may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent, and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation.

A more detailed description of the Lottery Process may be accessed by visiting Fidelity.com/callable-securities. You may also request a hard copy of the Lottery Process by writing to National Financial Services LLC, P.O. Box 770001, Cincinnati, OH 45277. 695949.2.0

MR_CE_BNGZDFBBBPHXT_BBBBB 20221230
P



# Additional Information and Endnotes

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. **Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

---

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

P.
MR_CE_BNGZDFBBBPHXT_BBBB 20221230

# Lightspeed
## FINANCIAL SERVICES GROUP

20 Headquarters Plaza
North Tower, 7th Floor
Morristown, NJ 07960
1-888-577-3123

0002114-0014366 PRET 001 ------ 488218

SUPP NN

FINANCIAL INVESTMENT HOLDING, LLC
DJHONDEL GAY
6339 CHARLOTTE PIKE # 878
NASHVILLE, TN 37209

| | |
|---|---|
| **Your Investment Executive** | Account Number:  XXXX-4177 |
| CLOSED ACCOUNTS | |
| LIGHTSPEED FINL SVCS GRP LLC | IE Code:  LDPU |
| 20 HDQTRS PLZ N TOWER 7TH FLR | |
| MORRISTOWN, NJ 07960 | |
| 888-577-3123 | |

Investor Education and Protection: FINRA Rule 2267 Requires firms to provide information about FINRA's BrokerCheck program.  The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.

SEC Rule 606 requires Lightspeed Financial Services Group LLC to post quarterly reports regarding order routing of non-directed held orders and non-directed option orders. The quarterly reports can be accessed at www.Lightspeed.com under the SEC Order Routing Disclosure link. A written copy is available upon request. In addition, you are able to request a report on your order routing and execution information in NMS securities and option contracts for the preceding 6 months. This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of execution. You may contact Lightspeed for additional details on the information that is available.

**\*\*IMPORTANT TAX INFORMATION FOR TAX YEAR 2022\*\***
THE 1099 CONSOLIDATED TAX STATEMENT IS SCHEDULED
FOR MAILING BY THE IRS FEBRUARY 15th, 2023 DEADLINE

YOUR SECURITIES DEALER HAS ENGAGED WEDBUSH SECURITIES (THE FIRM) AS ITS CLEARING AGENT PURSUANT TO A CORRESPONDENT BROKER AGREEMENT. ACCORDINGLY, THE FIRM WILL PROVIDE CASHIERING SERVICES, MONITOR COMPLIANCE OF CREDIT ACCORDING TO APPLICABLE RULES, REGULATIONS AND POLICIES; PREPARE AND MAIL TRADE NOTIFICATIONS AND PERIODIC ACCOUNT STATEMENTS; AND PROVIDE FOR THE DISSEMINATION OF PROXY, TENDER OFFER AND OTHER SIMILAR SHAREHOLDERS' MATERIALS. THE FIRM MAY PROVIDE, UPON SPECIFIC INSTRUCTIONS FROM YOUR SECURITIES DEALER , ORDER EXECUTION AND/OR CERTIFICATE CLEARANCE. HOWEVER, THE FIRM WILL NOT BE INVOLVED WITH OR HAVE RESPONSIBILITY FOR DECISIONS REGARDING TRANSACTIONS IN YOUR ACCOUNT. YOUR SECURITIES DEALER IS RESPONSIBLE FOR ALL ACTIVITIES CONCERNING YOUR ACCOUNT. INQUIRIES, COMPLAINTS, INSTRUCTIONS, AND NOTICES OF ADDRESS CHANGE SHOULD BE DIRECTED PROMPTLY TO YOUR SECURITIES DEALER. THE SECURITIES AND/OR CASH REFLECTED ON THIS STATEMENT ARE HELD BY THE FIRM UNLESS NOTED, AND NOT BY THE SECURITIES DEALER. ANY DISCREPANCY OR INACCURACY SHOULD BE DIRECTED TO BOTH YOUR SECURITIES DEALER AND THE FIRM. THE FIRM CAN BE CONTACTED AT CORRESPONDENT SERVICES DEPT, PO BOX 30014, LOS ANGELES, CA 90030 AND AT 213-688-4568. ALL VERBAL COMMUNICATIONS BY YOU SHOULD BE RE-CONFIRMED IN WRITING TO FURTHER PROTECT YOUR RIGHTS, INCLUDING RIGHTS UNDER THE SECURITIES INVESTOR PROTECTION ACT (SIPA).

TYPE OF ACCOUNT    1. Cash    2. Margin    3. Short    4. Fully Paid Loan    6. Repo    E. TEFRA Escrow    C. Credit Interest    M. Money Market

## EXPLANATION OF SELECTED FINANCIAL TERMS

**Money Balances**: These balances represent a combination of all account types. Movements of money between account types will not appear on your statement, but a complete record of such movements is retained by us and available for your inspection upon request.

**Estimated Current Yield**: Estimated current yield percentage is calculated on a current basis, not yield to maturity.

**Short Account Balances**: If you have sold securities which you do not own under the short sale rule, the Firm has, in accordance with regulations, segregated the proceeds from such transactions into your type 3 Short Account. The Short Account balance is included in the combined money balances. Any market increases and/or decreases from the original selling prices will be moved to your Margin Account on a daily basis. The daily closing prices are used in determining any appreciation or depreciation of the securities sold short.

**Market Value/Accounting Net Worth**: These amounts represent total market value of all priced securities listed in your portfolio summary. Generally, the market prices of securities have been obtained from the various quotation services whose appraisals are based on the closing prices, the mean between the bid and the asking price, or a matrix based on interest rates for similar securities (pricing may reflect round lot/odd lot differentials). Where prices are not available from quotation services, the Firm may use prices which in its judgment reflect the approximate market prices for such securities in either case, the Firm does not guarantee the accuracy of such prices. These prices should not be considered to constitute prevailing bids or offers and are subject to change in the trading markets. Prices may differ from current market quotations and are provided only as a general guideline to portfolio values. Prices shown for debit issues reflect the "round lot" price (usually for holding of one million dollars or more) and holdings of lesser size may have lower market prices and values.

**Account Net Worth** represents your net long or short portfolio value, plus or minus, as appropriate, the combined net debit or credit balance in your combined account types.

**Tax Free Interest**: This amount represents municipal bond interest that is generally exempt from federal and state personal income taxes. However, taxpayers must determine if such interest is exempt based upon the type of bonds held, state of residency and current tax laws.

**SAVE FOR INCOME TAX PURPOSES.** These statements constitute a complete record of your transactions. It is very important that you have them at the end of the year for income tax purposes. We are always ready to answer special questions but it would be operationally impossible to make transcripts of accounts at the end of the year. This is a combined statement of your general account and special memorandum account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection upon request All trades executed in a calendar month will be reported on the respective monthly statement.

The Firm's financial statement is available for your personal inspection at its offices or a copy of it will be mailed to you upon your written request.

If not prohibited by State Law, you will be paid interest on account free credit balances pending investment or reinvestment. Unless you advise otherwise, it is understood that credit balances held in your account are for investment or reinvestment only. However, your Securities Dealer may impose an administration charge, in the form of a rate decrease of no more than one-half of one percent that will be determined by, and paid directly to, your Security Dealer. The Firm's policy on Securities Dealers' participation is non-discriminating, uniform, and fair. A free credit balance represents funds payable to you upon demand (including checks deposited pending satisfactory clearance) which, although properly accounted for on the Firm's books or records, are not segregated and may be used in the conduct of the Firm's business, including the financing of customer securities purchased on margin, subject to the limitations of Section 240.15c3.3 of the Securities Exchange Act of 1934, as amended. Upon demand and in the course of normal business operations, you have the right to receive: (a) any free credit balances to which you are entitled; (b) any fully paid securities to which you are entitled; and (c) any securities purchased on margin upon full payment of any indebtedness to the Firm. All securities held by the Firm for you, but which are not registered in your name, are commingled with identical securities being held for other clients. In the event any securities so held are "called" (redeemed) by the issuer, the Firm will determine the beneficial ownership thereof by an impartial random selection system as required by New York Stock Exchange rules.

**Other Remuneration:** Remuneration in the form of cash, order swapping or other reciprocal arrangements may be received by the Firm for directing orders to specific brokers and dealers or to market centers for execution. When such remuneration is received, it is considered compensation to the Firm. The source and amount of such remuneration, if any, will be furnished to you upon written request. All orders received are directed to whatever source will offer customers the best execution.

Information has been included in confirmations previously furnished to you with respect to commissions and other charges incurred concerning the execution of options and other securities transactions, and a summary of this information will be made available to you promptly upon request. Monthly statements will be mailed only to customers who have transactions during the month which affect money balances and/or securities positions. All other accounts will receive statements at least four times during a calendar year providing that the account contains money and/or securities.

Securities and Exchange Commission Rule 10b-16 requires that all brokers disclose to their credit customers the terms and conditions under which the purpose of purchasing, carrying or trading in any security or otherwise. The annual rate of interest to be charged to your account may vary, depending on the size of your daily net debit balance and the prime lending rate. The actual rate charged will not exceed the maximum rate of 2% above the prime rate.

**INTEREST IS CALCULATED AND ACCUMULATED DAILY AND IS CHARGED AND COMPOUNDED MONTHLY.**
Your account will be charged interest using a 365 day per year factor on the daily net debit balance in your combined account types. Each day your settled money balances in each account type will be combined in determining your daily net debit balance. A daily net debit balance results whenever the total of combined debit balances exceeds the total of combined free credit balances. For purposes of this calculation, free credit balances exclude credit balances in short accounts, and the sales proceeds included in settled balances from transactions in cash accounts involving non-negotiable long positions, technical short positions and uncovered option positions. Short account credit balances are disregarded because the securities sold by you are not available to the Firm for delivery and collection of the sales proceeds resulting from short sales. Sales proceeds included in settled balances from the other described sales transactions in cash accounts are disregarded because such credit items are not available to the Firm, until the related securities sold are rendered deliverable. Although the interest charge is calculated daily, it is generally posted once per month and compounded monthly. Interest charges are summarized on your monthly account statement. The summary uses a weighted average of the daily net debit balance (weighted average balance) and an imputed average interest rate for the period shown. The summary is determined by dividing the total amount of the interest charge (calculated on a daily basis using the actual daily net debit balance and the applicable interest rate) by the product of the weighted average balance multiplied by the number of calendar days the account has a daily net debit balance divided by 365 days. A copy of the daily calculation is available upon written request.

On all property which the Firm has, or at any time may hold or carry for you, in an account of yours (either individually or jointly with others) or which may be deposited with the Firm for any purposes, including safekeeping, the Firm, as pledgee, has a general lien for the discharge of all of your obligations to it however arising and irrespective of the number of accounts you may have with the Firm. The Firm may require you to deposit additional property as collateral in accordance with the rules and regulations of the Securities and Exchange Commission, the Federal Reserve Board, the New York Stock Exchange, or any other regulatory agency having jurisdiction over the Firm. In addition, the Firm may (but shall have no obligation to do so) require you to deposit additional collateral as the Firm, at its sole discretion, determines is needed as security for your obligations to it. Although the Firm does not limit the factors which may cause it to require additional collateral, factors such as market fluctuation, securities concentration, unusual or volatile market conditions, precipitous market declines, illiquid trading markets, quality of collateral and/or overall credit standing of the account may be considered. Usually additional collateral is requested when the equity in the account falls within a range of 25 percent to 35 percent of the total market value of the collateral in the account. In the event a maintenance margin call for additional collateral is not fully satisfied by a deposit of additional funds or collateral and/or by improved market conditions, the Firm may liquidate (but shall not be required to do so) all or any part of the collateral in the account.

**Customer Account Protection.** The Firm is a member of the Securities Investor Protection Corporation ("SIPC"), which provides protection up to $500,000, of which a maximum of $250,000 applies to cash credit balances. In addition to the coverage provided by SIPC, the Firm has purchased from Lloyd's of London an excess SIPC bond that provides additional coverage for up to $25,000,000 in cash and securities for each client, subject to an aggregate loss limit of $100,000,000. The excess SIPC bond, together with SIPC coverage, provides protection for cash credit balances for each client to a maximum of $1,000,000. This protection will replace clients' cash and/or securities that are otherwise unrecoverable. It does not cover clients from losses resulting from market fluctuation. You may obtain additional protection for your securities by contacting your Investment Executive, who can provide information and pricing,

**FINANCIAL INVESTMENT HOLDING, LLC**
**DJHONDEL GAY**

0002114-0014368

## ACCOUNT SUMMARY

| (Unpriced Securities Excluded) | ENDING BALANCE |
|---|---|
| MONEY BALANCE | 0.00 |
| **ACCOUNT NET WORTH** | **0.00** |

| INCOME/PRINCIPAL SUMMARY | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| CREDIT INTEREST | 0.00 | 0.76 |
| **TOTAL INCOME/PRINCIPAL** | **0.00** | **0.76** |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|
| **MONEY BALANCE** | | | | | |
| | Cash | | | 0.00 | 1 |
| | Margin | | | 0.00 | 2 |
| | **MONEY BALANCE TOTAL** | | | **0.00** | |
| | **ACCOUNT NET WORTH** | | | **0.00** | |

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| | | | **OPENING BALANCE** | | | **0.00** | |
| | | | **CLOSING BALANCE** | | | **0.00** | |

# MARGIN RISKS DISCLOSURE STATEMENT
## For margin customers and those customers who may be considering using margin

As your brokerage firm, we are furnishing this document to you to provide some basic facts about purchasing securities on margin, and to alert you to the risks involved with trading securities in a margin account. You should carefully review the margin agreement provided by us. Consult your investment executive or our management regarding any questions or concerns you may have with your margin account(s).

When you purchase securities, you may pay for the securities in full or you may borrow part of the purchase price for marginable securities. If you choose to borrow funds, you will open a margin account. The securities purchased are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, the firm can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts, in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:

**You can lose more funds than you deposit in the margin account.** A decline in the value of securities that are purchased on margin may require you to deposit additional funds to your account to avoid the forced sale of those securities or other securities or assets in your account(s).

**The firm can force the sale of securities or other assets in your account(s).** If the equity in your account falls below the maintenance margin requirements or the firm's higher "house" requirements, the firm can sell the securities or other assets in your account(s) to cover the margin deficiency. You also will be responsible for any short fall in the account after such a sale.

**The firm can sell your securities or other assets without contacting you.** Some investors mistakenly believe that a firm must contact them for a margin call to be valid, and that the firm cannot liquidate securities or other assets in their accounts to meet the call unless the firm has contacted them first. This is not the case. Most firms will attempt to notify their customers of margin calls, but they are not required to do so. However, even if a firm has contacted a customer and provided a specific date by which the customer can meet a margin call, the firm can still take necessary steps to protect its financial interests, including immediately selling securities without notice to the customer.

**You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.** Because the securities are collateral for the margin loan, the firm has the right to decide which securities to sell in order to protect its interests.

**The firm can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice.** These changes in firm policy often take effect immediately and may result in the issuance of a maintenance margin call. Your failure to satisfy the call may cause the firm to liquidate or sell securities in your account(s).

**You are not entitled to an extension of time on a margin call.** While an extension of time to meet margin requirements may be available to customers under certain conditions, a customer does not have a right to the extension.

0002114-0013369

Fill in this information to identify the case:

Debtor name    **Financial Investment Holding, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS**<br>**CNTRLZD INSOLVENCY OPRTN**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Ageleur Clauvil**<br>**200 Beaufort Lane**<br>**Milford, DE 19963** | **$10,000.00** |

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ☑ No ☐ Yes

|  |  | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**Aldous and Associates, PLLC**<br>**Attn: Bankruptcy**<br>**PO Box 171374**<br>**Holladay, UT 84117** | **$137.00** |

Date(s) debt was incurred __Opened 3/29/19__

Last 4 digits of account number __74N1__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __05 WORKOUT ANYTIME SMYRNA TN__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amex**
**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998**

Date(s) debt was incurred  **Opened  2/18/17  Last Active  3/07/21**

Last 4 digits of account number  **2181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Angliche Petion**
**204 Beaver Dam Dr**
**Salisbury, MD 21804**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Angliche Petion**
**204 Beaver Dam Dr**
**Salisbury, MD 21804**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Annette Pierrette**
**1214 Division St.**
**Salisbury, MD 21801**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,606.00 |
|---|---|---|---|

**Ascend Federal Credit Union**
**Attn: Bankruptcy**
**PO Box 1210**
**Tullahoma, TN 37388**

Date(s) debt was incurred  **Opened 11/18  Last Active 02/23**

Last 4 digits of account number  **0085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**Ascend Federal Credit Union**
**Attn: Bankruptcy**
**PO Box 1210**
**Tullahoma, TN 37388**

Date(s) debt was incurred  **Opened 11/18  Last Active  4/12/23**

Last 4 digits of account number  **9880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:23-bk-02083   Doc 1   Filed 06/13/23   Entered 06/13/23 13:24:36   Desc Main
Document    Page 35 of 69

| | |
|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** |

**Astrogildo Souza Dos Santos**
**Rua Manuel Vierra Leite Cep 41.130.760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

| | |
|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** |

**Astrogildo Souza Dos Santos**
**Rua Manuel Vierra Leite Cep 41.130.760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**Bank of America**
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

Date(s) debt was incurred  **Opened 03/16  Last Active 11/07/18**

Last 4 digits of account number  **9243**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**Beatrice Mentor**
**3855 Vandyke Ave**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Caleb Nahum Petion**
**408 Decatur Ave**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**CHEADLE LAW**
**2404 CRESTMOOR ROAD**
**Nashville, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,800.00**

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Chika Ibejiuba**
**110 West Kingsbridge Road**
**Mount Vernon, NY 10550**

Date(s) debt was incurred  **Opened 04/23  Last Active  5/17/23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|------|---|---|---|

**Declan Dire**
**49 Soulice Place**
**New Rochelle, NY 10804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|------|---|---|---|

**Edith Francois**
**606 Liberty St**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|------|---|---|---|

**Evariste Amisial**
**6770 Edwards Ave**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$824.00** |
|------|---|---|---|

**First Premier Bank**
**Attn: Bankruptcy**
**PO Box 5524**
**Sioux Falls, SD 57117**

Date(s) debt was incurred  **Opened 08/21  Last Active  3/28/23**

Last 4 digits of account number  **7116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|---|---|---|

**Foursight Capital, LLC.**
**Attn: Bankruptcy**
**PO Box 45026**
**Salt Lake City, UT 84145**

Date(s) debt was incurred  **Opened 04/16  Last Active 03/21**

Last 4 digits of account number  **7383**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Automobile**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|------|---|---|---|

**Garline L Petion**
**204 Beaver Dam Dr**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|------|---|---|---|

**Gesner Charles**
**515 East Isabella Street**
**Salisbury, MD 21804**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Investor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Gladys Guillaume**
315 Tilghman St.
Salisbury, MD 21804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Great Commission Church**
225 N Division St
Salisbury, MD 21801

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Joasch Frejuste**
606 Liberty Street
Salisbury, MD 21804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,685.00 |

**LENDING POINT**
1201 ROBERTS BLVD #200
KENNESAW GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,450.00 |

**LendingPoint LLC.**
Attn: Bankruptcy
1201 Roberts Blvd Suite 200
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 04/22  Last Active  4/23/23**

Last 4 digits of account number  **5419**

Basis for the claim:  **Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Leonard A Jeancharles**
3855 Vandyke Ave
San Diego, CA 92105

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Lile Charles**
515 Isabella St
Salisbury, MD 21804

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Investor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:23-bk-02083   Doc 1   Filed 06/13/23   Entered 06/13/23 13:24:36   Desc Main
Document    Page 38 of 69

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Manita Noel Daniel**
**2460 NW 63rd Ter**
**Fort Lauderdale, FL 33313**

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Marie France**
**474 Hawkins Rd**
**Selden, NY 11784**

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Marie Joceline Lamy**
**204 Beaver Dam Dr**
**Salisbury, MD 21804**

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Marie Lourde Francois**
**732 Hemlock St**
**Salisbury, MD 21804**

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mariner Finance**
**Attn: Bankruptcy**
**8211 Town Center Drive**
**Nottingham, MD 21236**

Date(s) debt was incurred __Opened 08/11  Last__
__Active 12/11__

Last 4 digits of account number __0016__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Mercidieu Delva**
**13406 Grace Lane**
**Delmar, DE 19940**

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Mireille Arthur**
**431 W 200 S Apt 1**
**Provo, UT 84601**

Date(s) debt was incurred

Last 4 digits of account number

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Investor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|--|--|--|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Mireille Arthur**<br>**431 W 200 S Apt 1**<br>**Provo, UT 84601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Investor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |

| | | |
|--|--|--|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Moisena Dorcelis**<br>**1404 Emerson Ave**<br>**Salisbury, MD 21801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Investor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

| | | |
|--|--|--|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Nerlandsha Makie Petion**<br>**420 Dover St**<br>**Salisbury, MD 21804**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Investor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,000.00** |

| | | |
|--|--|--|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Nickson Sylvestre**<br>**5362 Erika Pl**<br>**Lake Worth, FL 33463**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Investor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

| | | |
|--|--|--|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Nise Francois**<br>**1886 Mathorn Dr**<br>**Orlando, FL 32818**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Investor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| | | |
|--|--|--|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Raoul Pierre Paul**<br>**39 Buttercup Cir N**<br>**Palm Beach Gardens, FL 33410**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Investor debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25,000.00** |

| | | |
|--|--|--|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Syncb/ccdstr**<br>**Attn: Bankruptcy**<br>**PO Box 965060**<br>**Orlando, FL 32896**<br><br>Date(s) debt was incurred  **Opened 05/18  Last Active 12/31/20**<br><br>Last 4 digits of account number  **5033** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Charge Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|---|---|---|---|

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 04/23  Last Active  5/17/23**

Basis for the claim:  **Charge Account**

Last 4 digits of account number  **8854**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Synchrony Bank**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 6/25/17  Last Active  6/21/19**

Basis for the claim:  **Charge Account**

Last 4 digits of account number  **4205**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Tout Est Bien Petion**
**423 Decatur Ave**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  **Investor debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Yvenie Petion**
**423 Dover St**
**Salisbury, MD 21804**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  **Investor debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Zaky Louis**
**515 Isabella St**
**Salisbury, MD 21804**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _____

Basis for the claim:  **Investor debt**

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 514,527.00 |

Debtor  **Financial Investment Holding, LLC**                    Case number (*if known*) _____
         Name

**5c. Total of Parts 1 and 2**                                   5c.   $ _____ 514,527.00
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Financial Investment Holding, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  Page 1 of 1

Debtor name    **Financial Investment Holding, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Ageleur Clauvil** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Aldous and Associates, PLLC** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Amex** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Angliche Petion** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.5 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Angliche Petion** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

| Debtor | **Financial Investment Holding, LLC** | Case number *(if known)* | |
|--------|--------------------------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| 2.6 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Annette Pierrette | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.7 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Ascend Federal Credit Union | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.8 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Ascend Federal Credit Union | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.9 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Astrogildo Souza Dos Santos | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.10 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Astrogildo Souza Dos Santos | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.11 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Bank of America | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.12 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Beatrice Mentor | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.13 | Akademi Opyson Homes, LLC | 3615 Echo Lane Nashville, TN 37218 | Caleb Nahum Petion | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

Official Form 206H  Schedule H: Your Codebtors  Page 2 of 13

| Debtor | **Financial Investment Holding, LLC** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **CHEADLE LAW** | ☐ D _____ <br> ■ E/F **3.14** <br> ☐ G _____ |
| 2.15 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Chika Ibejiuba** | ☐ D _____ <br> ■ E/F **3.15** <br> ☐ G _____ |
| 2.16 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Declan Dire** | ☐ D _____ <br> ■ E/F **3.16** <br> ☐ G _____ |
| 2.17 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Edith Francois** | ☐ D _____ <br> ■ E/F **3.17** <br> ☐ G _____ |
| 2.18 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Evariste Amisial** | ☐ D _____ <br> ■ E/F **3.18** <br> ☐ G _____ |
| 2.19 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **First Premier Bank** | ☐ D _____ <br> ■ E/F **3.19** <br> ☐ G _____ |
| 2.20 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Foursight Capital, LLC.** | ☐ D _____ <br> ■ E/F **3.20** <br> ☐ G _____ |
| 2.21 **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Garline L Petion** | ☐ D _____ <br> ■ E/F **3.21** <br> ☐ G _____ |

Case 3:23-bk-02083   Doc 1   Filed 06/13/23   Entered 06/13/23 13:24:36   Desc Main
Document      Page 46 of 69

| Debtor | **Financial Investment Holding, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Gesner Charles** | ☐ D ____ ■ E/F __3.22__ ☐ G ____ |
| 2.23 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Gladys Guillaume** | ☐ D ____ ■ E/F __3.23__ ☐ G ____ |
| 2.24 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Great Commission Church** | ☐ D ____ ■ E/F __3.24__ ☐ G ____ |
| 2.25 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **IRS** | ☐ D ____ ■ E/F __2.1__ ☐ G ____ |
| 2.26 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Joasch Frejuste** | ☐ D ____ ■ E/F __3.25__ ☐ G ____ |
| 2.27 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **LENDING POINT** | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |
| 2.28 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **LendingPoint LLC.** | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |
| 2.29 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Leonard A Jeancharles** | ☐ D ____ ■ E/F __3.28__ ☐ G ____ |

Debtor    **Financial Investment Holding, LLC**                    Case number *(if known)* _____

████    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.30 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Lile Charles** |

☐ D _____
■ E/F    **3.29**
☐ G _____

| 2.31 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Manita Noel Daniel** |
|---|---|---|---|

☐ D _____
■ E/F    **3.30**
☐ G _____

2.32  **Akademi Opyson Homes, LLC**   **3615 Echo Lane Nashville, TN 37218**   **Marie France**
☐ D _____
■ E/F    **3.31**
☐ G _____

2.33  **Akademi Opyson Homes, LLC**   **3615 Echo Lane Nashville, TN 37218**   **Marie Joceline Lamy**
☐ D _____
■ E/F    **3.32**
☐ G _____

2.34  **Akademi Opyson Homes, LLC**   **3615 Echo Lane Nashville, TN 37218**   **Marie Lourde Francois**
☐ D _____
■ E/F    **3.33**
☐ G _____

2.35  **Akademi Opyson Homes, LLC**   **3615 Echo Lane Nashville, TN 37218**   **Mariner Finance**
☐ D _____
■ E/F    **3.34**
☐ G _____

2.36  **Akademi Opyson Homes, LLC**   **3615 Echo Lane Nashville, TN 37218**   **Mercidieu Delva**
☐ D _____
■ E/F    **3.35**
☐ G _____

2.37  **Akademi Opyson Homes, LLC**   **3615 Echo Lane Nashville, TN 37218**   **Mireille Arthur**
☐ D _____
■ E/F    **3.36**
☐ G _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                          *Column 2:* **Creditor**

| 2.38 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Mireille Arthur** | ☐ D _____ ■ E/F __**3.37**__ ☐ G _____ |
|------|--------|--------|--------|--------|
| 2.39 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Moisena Dorcelis** | ☐ D _____ ■ E/F __**3.38**__ ☐ G _____ |
| 2.40 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Nerlandsha Makie Petion** | ☐ D _____ ■ E/F __**3.39**__ ☐ G _____ |
| 2.41 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Nickson Sylvestre** | ☐ D _____ ■ E/F __**3.40**__ ☐ G _____ |
| 2.42 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Nise Francois** | ☐ D _____ ■ E/F __**3.41**__ ☐ G _____ |
| 2.43 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Raoul Pierre Paul** | ☐ D _____ ■ E/F __**3.42**__ ☐ G _____ |
| 2.44 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Syncb/ccdstr** | ☐ D _____ ■ E/F __**3.43**__ ☐ G _____ |
| 2.45 | **Akademi Opyson Homes, LLC** | **3615 Echo Lane Nashville, TN 37218** | **Synchrony Bank** | ☐ D _____ ■ E/F __**3.44**__ ☐ G _____ |

| Debtor | **Financial Investment Holding, LLC** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **Akademi Opyson Homes, LLC** | 3615 Echo Lane Nashville, TN 37218 | Synchrony Bank | ☐ D _____<br>■ E/F _**3.45**_<br>☐ G _____ |
| 2.47 **Akademi Opyson Homes, LLC** | 3615 Echo Lane Nashville, TN 37218 | Tout Est Bien Petion | ☐ D _____<br>■ E/F _**3.46**_<br>☐ G _____ |
| 2.48 **Akademi Opyson Homes, LLC** | 3615 Echo Lane Nashville, TN 37218 | Yvenie Petion | ☐ D _____<br>■ E/F _**3.47**_<br>☐ G _____ |
| 2.49 **Akademi Opyson Homes, LLC** | 3615 Echo Lane Nashville, TN 37218 | Zaky Louis | ☐ D _____<br>■ E/F _**3.48**_<br>☐ G _____ |
| 2.50 **Djondel Gay** | 3615 Echo Lane Nashville, TN 37218 | Ageleur Clauvil | ☐ D _____<br>■ E/F _**3.1**_<br>☐ G _____ |
| 2.51 **Djondel Gay** | 3615 Echo Lane Nashville, TN 37218 | Aldous and Associates, PLLC | ☐ D _____<br>■ E/F _**3.2**_<br>☐ G _____ |
| 2.52 **Djondel Gay** | 3615 Echo Lane Nashville, TN 37218 | Amex | ☐ D _____<br>■ E/F _**3.3**_<br>☐ G _____ |
| 2.53 **Djondel Gay** | 3615 Echo Lane Nashville, TN 37218 | Angliche Petion | ☐ D _____<br>■ E/F _**3.4**_<br>☐ G _____ |

| | **Additional Page to List More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Angliche Petion** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.55 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Annette Pierrette** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.56 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Ascend Federal<br>Credit Union** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.57 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Ascend Federal<br>Credit Union** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.58 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Astrogildo Souza<br>Dos Santos** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.59 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Astrogildo Souza<br>Dos Santos** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.60 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Bank of America** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.61 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Beatrice Mentor** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.62    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **Caleb Nahum Petion**

☐ D _____
▮ E/F _____ **3.13**
☐ G _____

2.63    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **CHEADLE LAW**

☐ D _____
▮ E/F _____ **3.14**
☐ G _____

2.64    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **Chika Ibejiuba**

☐ D _____
▮ E/F _____ **3.15**
☐ G _____

2.65    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **Declan Dire**

☐ D _____
▮ E/F _____ **3.16**
☐ G _____

2.66    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **Edith Francois**

☐ D _____
▮ E/F _____ **3.17**
☐ G _____

2.67    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **Evariste Amisial**

☐ D _____
▮ E/F _____ **3.18**
☐ G _____

2.68    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **First Premier Bank**

☐ D _____
▮ E/F _____ **3.19**
☐ G _____

2.69    **Djondel Gay**      3615 Echo Lane    Nashville, TN 37218      **Foursight Capital, LLC.**

☐ D _____
▮ E/F _____ **3.20**
☐ G _____

Case 3:23-bk-02083    Doc 1    Filed 06/13/23    Entered 06/13/23 13:24:36    Desc Main
Document      Page 52 of 69

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Garline L Petion** | ☐ D _____<br>■ E/F  **3.21**<br>☐ G _____ |
| 2.71  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Gesner Charles** | ☐ D _____<br>■ E/F  **3.22**<br>☐ G _____ |
| 2.72  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Gladys Guillaume** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.73  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Great Commission Church** | ☐ D _____<br>■ E/F  **3.24**<br>☐ G _____ |
| 2.74  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **IRS** | ☐ D _____<br>■ E/F  **2.1**<br>☐ G _____ |
| 2.75  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Joasch Frejuste** | ☐ D _____<br>■ E/F  **3.25**<br>☐ G _____ |
| 2.76  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **LENDING POINT** | ☐ D _____<br>■ E/F  **3.26**<br>☐ G _____ |
| 2.77  **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **LendingPoint LLC.** | ☐ D _____<br>■ E/F  **3.27**<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.78 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Leonard A Jeancharles** | ☐ D _____<br>☒ E/F __3.28__<br>☐ G _____ |
| 2.79 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Lile Charles** | ☐ D _____<br>☒ E/F __3.29__<br>☐ G _____ |
| 2.80 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Manita Noel Daniel** | ☐ D _____<br>☒ E/F __3.30__<br>☐ G _____ |
| 2.81 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Marie France** | ☐ D _____<br>☒ E/F __3.31__<br>☐ G _____ |
| 2.82 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Marie Joceline Lamy** | ☐ D _____<br>☒ E/F __3.32__<br>☐ G _____ |
| 2.83 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Marie Lourde Francois** | ☐ D _____<br>☒ E/F __3.33__<br>☐ G _____ |
| 2.84 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Mariner Finance** | ☐ D _____<br>☒ E/F __3.34__<br>☐ G _____ |
| 2.85 **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Mercidieu Delva** | ☐ D _____<br>☒ E/F __3.35__<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

2.86   **Djondel Gay**     **3615 Echo Lane**          **Mireille Arthur**       ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.36__
                                                                                 ☐ G _____

2.87   **Djondel Gay**     **3615 Echo Lane**          **Mireille Arthur**       ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.37__
                                                                                 ☐ G _____

2.88   **Djondel Gay**     **3615 Echo Lane**          **Moisena Dorcelis**      ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.38__
                                                                                 ☐ G _____

2.89   **Djondel Gay**     **3615 Echo Lane**          **Nerlandsha Makie**      ☐ D _____
                           **Nashville, TN 37218**      **Petion**               ■ E/F __3.39__
                                                                                 ☐ G _____

2.90   **Djondel Gay**     **3615 Echo Lane**          **Nickson Sylvestre**     ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.40__
                                                                                 ☐ G _____

2.91   **Djondel Gay**     **3615 Echo Lane**          **Nise Francois**         ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.41__
                                                                                 ☐ G _____

2.92   **Djondel Gay**     **3615 Echo Lane**          **Raoul Pierre Paul**     ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.42__
                                                                                 ☐ G _____

2.93   **Djondel Gay**     **3615 Echo Lane**          **Syncb/ccdstr**          ☐ D _____
                           **Nashville, TN 37218**                               ■ E/F __3.43__
                                                                                 ☐ G _____

| Debtor | **Financial Investment Holding, LLC** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  ·  *Column 2:* **Creditor**

| 2.94 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Synchrony Bank** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.95 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Synchrony Bank** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.96 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Tout Est Bien Petion** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.97 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Yvenie Petion** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.98 | **Djondel Gay** | 3615 Echo Lane<br>Nashville, TN 37218 | **Zaky Louis** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |

Debtor name    **Financial Investment Holding, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **LEFKOVITZ & LEFKOVITZ**<br>**908 HARPETH VALLEY PLACE**<br>**NASHVILLE, TN 37221** | **Attorney Fees** | | **$2,500.00** |

Email or website address
**slefkovitz@lefkovitz.com**

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ☒ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☒ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Watson Gay | 1555 W 8th St Apt A 101 West Palm Beach, FL 33404 | | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Nickson Sylvestre | 5362 Erika Pl Lake Worth, FL 33463 | | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Angliche Petion | 204 Beaver Dam Dr Salisbury, MD 21804 | | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Djondel Gay | 3615 Echo Lane Nashville, TN 37218 | | 70 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2023**

**/s/ Djhondel NMN Gay**                                    **Djhondel NMN Gay**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Financial Investment Holding, LLC**        Case No.
Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):    **shareholder's wife**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **In addition to providing analysis of the debtor's financial situation, rendering advice, preparation and filing of any petition, statements and schedules, and representation of the debtor at Meeting of Creditors, the fee includes negotiation and preparation of reaffirmation agreements, and discussions with the Chapter 7 Trustee, debtor(s), creditor(s), and parties-in-interest as necessary concerning the case**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Rule 2004 examinations, depositions, interrogatories, or other discovery proceedings; Adversary proceedings to determine the dischargeabilty of debt (11 USC §523); Adversary proceedings to deny discharge (11 USC §727); Complaints to avoid lien(s); Motions/Complaints after entry of the discharge and/or closing of the case; Amending Schedules D, E, & F after the filing of the bankruptcy case; Other adversarial litigation. Conversion to another Bankruptcy Chapter under the Bankruptcy Code**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 13, 2023** | **/s/ Steven L. Lefkovitz** |
| *Date* | **Steven L. Lefkovitz 5953** |
| | *Signature of Attorney* |
| | **LEFKOVITZ & LEFKOVITZ** |
| | **908 HARPETH VALLEY PLACE** |
| | **NASHVILLE, TN 37221** |
| | **615-256-8300  Fax: 615-255-4516** |
| | **slefkovitz@lefkovitz.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re   **Financial Investment Holding, LLC**        Case No. _____

                              Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 13, 2023** _____       **/s/ Djhondel NMN Gay** _____

                                              **Djhondel NMN Gay**/**Chief Manager**
                                              Signer/Title

FINANCIAL INVESTMENT HOLDING, LLC
3615 ECHO LANE
NASHVILLE TN 37218

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634

FOURSIGHT CAPITAL, LLC.
ATTN: BANKRUPTCY
PO BOX 45026
SALT LAKE CITY UT 84145

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
908 HARPETH VALLEY PLACE
NASHVILLE, TN 37221

BEATRICE MENTOR
3855 VANDYKE AVE
SAN DIEGO CA 92105

GARLINE L PETION
204 BEAVER DAM DR
SALISBURY MD 21804

AGELEUR CLAUVIL
200 BEAUFORT LANE
MILFORD DE 19963

CALEB NAHUM PETION
408 DECATUR AVE
SALISBURY MD 21804

GESNER CHARLES
515 EAST ISABELLA STREET
SALISBURY MD 21804

AKADEMI OPYSON HOMES, LLC
3615 ECHO LANE
NASHVILLE TN 37218

CHEADLE LAW
2404 CRESTMOOR ROAD
NASHVILLE TN 37215

GLADYS GUILLAUME
315 TILGHMAN ST.
SALISBURY MD 21804

ALDOUS AND ASSOCIATES, PLLC
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY UT 84117

CHIKA IBEJIUBA
110 WEST KINGSBRIDGE ROAD
MOUNT VERNON NY 10550

GREAT COMMISSION CHURCH
225 N DIVISION ST
SALISBURY MD 21801

AMEX
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO TX 79998

DECLAN DIRE
49 SOULICE PLACE
NEW ROCHELLE NY 10804

IRS
CNTRLZD INSOLVENCY OPRTN
PO BOX 7346
PHILADELPHIA PA 19101-7346

ANGLICHE PETION
204 BEAVER DAM DR
SALISBURY MD 21804

DJONDEL GAY
3615 ECHO LANE
NASHVILLE TN 37218

JOASCH FREJUSTE
606 LIBERTY STREET
SALISBURY MD 21804

ANNETTE PIERRETTE
1214 DIVISION ST.
SALISBURY MD 21801

EDITH FRANCOIS
606 LIBERTY ST
SALISBURY MD 21804

LENDING POINT
1201 ROBERTS BLVD #200
KENNESAW GA 30144

ASCEND FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 1210
TULLAHOMA TN 37388

EVARISTE AMISIAL
6770 EDWARDS AVE
SALISBURY MD 21804

LENDINGPOINT LLC.
ATTN: BANKRUPTCY
1201 ROBERTS BLVD SUITE 200
KENNESAW GA 30144

ASTROGILDO SOUZA DOS SANTOS
RUA MANUEL VIERRA LEITE CEP 41.130-470

FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117

LEONARD A JEANCHARLES
3855 VANDYKE AVE
SAN DIEGO CA 92105

LILE CHARLES
515 ISABELLA ST
SALISBURY MD 21804

NICKSON SYLVESTRE
5362 ERIKA PL
LAKE WORTH FL 33463

MANITA NOEL DANIEL
2460 NW 63RD TER
FORT LAUDERDALE FL 33313

NISE FRANCOIS
1886 MATHORN DR
ORLANDO FL 32818

MARIE FRANCE
474 HAWKINS RD
SELDEN NY 11784

RAOUL PIERRE PAUL
39 BUTTERCUP CIR N
PALM BEACH GARDENS FL 33410

MARIE JOCELINE LAMY
204 BEAVER DAM DR
SALISBURY MD 21804

SYNCB/CCDSTR
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

MARIE LOURDE FRANCOIS
732 HEMLOCK ST
SALISBURY MD 21804

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236

TOUT EST BIEN PETION
423 DECATUR AVE
SALISBURY MD 21804

MERCIDIEU DELVA
13406 GRACE LANE
DELMAR DE 19940

YVENIE PETION
423 DOVER ST
SALISBURY MD 21804

MIREILLE ARTHUR
431 W 200 S APT 1
PROVO UT 84601

ZAKY LOUIS
515 ISABELLA ST
SALISBURY MD 21804

MOISENA DORCELIS
1404 EMERSON AVE
SALISBURY MD 21801

NERLANDSHA MAKIE PETION
420 DOVER ST
SALISBURY MD 21804

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Financial Investment Holding, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Financial Investment Holding, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Djondel Gay**
**3615 Echo Lane**
**Nashville, TN 37218**

☐ None [*Check if applicable*]

**June 13, 2023**

Date

**/s/ Steven L. Lefkovitz**

**Steven L. Lefkovitz 5953**

Signature of Attorney or Litigant
Counsel for   **Financial Investment Holding, LLC**

**LEFKOVITZ & LEFKOVITZ**
**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**